95613-7

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:21-cv-35

CHANDLER PARSONS,

     Plaintiff,

vs.

AIG PROPERTY CASUALTY COMPANY,

     Defendant.

_____/

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, AIG Property Casualty Company ("AIG"), by and through its attorneys, Wicker, Smith, O'Hara, McCoy & Ford, P.A., pursuant to 28 U.S.C. §§1332(a), 1441(a) and 1446, gives notice of its removal of this action from the Circuit Court for the 18th Judicial Circuit, Seminole County, Florida, to the United States District Court for the Middle District of Florida.  As grounds for removal, AIG states as follows:

## I.    BACKGROUND

1.    Plaintiff, Chandler Parsons ("Parsons"), filed the present Uninsured/Underinsured motorist action in the 18th Judicial Circuit, Seminole County, Florida, Case No. 2020CA002826 against AIG.  Copies of all process, pleadings and orders served upon AIG are attached as Ex. A, in accordance with 28 U.S.C Section 1446(a).

2.    This action arises from a motor vehicle accident in Georgia where Parsons was allegedly injured.  (Ex. B, Compl.)

3.    When the action was commenced, complete diversity existed by and between the parties.  Parsons is a citizen and resident of Florida.  (Ex. B, ¶2.)  AIG is an Illinois corporation

CASE NO. 2020CA002826

with its principal place of business in New York, New York.  (Ex. C, Illinois Department of Insurance Documents.)

4.      Accordingly, due to the claims asserted and the complete diversity of the parties, Defendant seeks to remove this action to the United States District Court for the Middle District of Florida.

**II.    REMOVAL IS PROPER PURSUANT TO 28 U.S.C. §§1332(a) and 1441**

5.      This Court has original jurisdiction over this action, and the action may be removed to this Court pursuant to 28 U.S.C. §§1332(a) and 1441(a), because: (i) this Notice has been timely filed; (ii) there is complete diversity between the parties; and (iii) Parson's claim is alleged to exceed the sum of $75,000.00.

**A.      Notice of Removal is Timely and Procedurally Proper**

6.      Parson's Complaint, filed on November 20, 2020, alleged an action for damages exceeding $100,000.00.  (Ex. B, ¶1.)  The Complaint was served upon AIG on December 7, 2020. (Ex. D, Proof of Service.)

7.      This Notice has been filed within thirty (30) days of AIG being served and confirmation that the amount in controversy requirement had been satisfied.  See 28 U.S.C. §1446(b)(3).  This Notice has been filed prior to the thirty (30) days referenced in the statute, which expires on January 6, 2021.

**B.      There is Complete Diversity Between the Parties**

8.      Section 1332(a) provides that the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. §1332(a).

CASE NO. 2020CA002826

9.     For diversity purposes, corporations are considered to be citizens of the states in which it has been incorporated and the state where it has its principal place of business.  28 U.S.C. §1332(c)(1).

10.     As acknowledged by Parsons, AIG is not a Florida citizen. (Ex. B, ¶3.)

11.     Pursuant to statute, AIG is a citizen of Illinois and New York; it is an Illinois corporation with its principal place of business in New York, New York.  See 28 U.S.C. §1332(c)(1); (Ex. C.)

12.     Parsons is a citizen of the state of Florida.  Plaintiff has alleged that he is a resident of Winter Springs, Seminole County, Florida.  (Ex. B, ¶2.)  It is well established that residence is *prima facie* evidence of a party's domicile and, by extension, citizenship.  See *Katz v. J.C. Penney Corp., Inc.*, No. 09-CV-60067, 2009 WL 1532129 (S.D. Fla. June 1, 2009); citing *Stine v. Moore,* 213 F.2d 446, 448 (5th Cir. 1954); *Deckers v. Kenneth W. Rose, Inc.,* 592 F. Supp. 25, 28 (M.D. Fla.1984).

13.     Therefore, complete diversity exists.

**C.     The Amount in Controversy Exceeds $75,000.00**

14.     In order to be removable based upon diversity, the amount in controversy must exceed $75,000.00, exclusive of interest, and costs.  28 U.S.C. §1332(a).

15.     In the Complaint, Parsons asserts he is pursuing an action for damages exceeding $100,000.00.  (Ex. B, ¶1.)  Such an assertion constitutes sufficient evidence to satisfy the 'amount in controversy' requirement.  See *Dewitte v. Foremost Ins. Co.*, 171 F. Supp. 3d 1288, 1289 (M.D. Fla. 2016) ("Generally, the court accepts that the amount in controversy has been

CASE NO. 2020CA002826

satisfied when the plaintiff claims a sufficient sum in good faith, absent facts demonstrating to a legal certainty that the claim is really for less than the jurisdictional amount.").

## III.   **CONCLUSION**

17.     AIG has satisfied the requirements of removal jurisdiction under 28 U.S.C. §1332(a) and this action is removable to this Court pursuant to 28 U.S.C. §§1441(a) and 1446.

Respectfully submitted,

   /s/ Patrick K. Dahl
Patrick K. Dahl, Esquire (084109)
PDahl@wickersmith.com
WICKER SMITH O'HARA
  McCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Telephone:     (954) 847-4800
Facsimile:      (954) 760-9353
Attorneys for AIG Property Casualty Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on January 5, 2021, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

   /s/ Patrick K. Dahl
Patrick K. Dahl, Esquire

CASE NO. 2020CA002826

## <u>SERVICE LIST</u>

Nicholas Panagakis
Morgan & Morgan, P.A. - Orlando
20 N. Orange Ave., Ste. 1600
Orlando, FL  32801
Telephone:      (407) 420-1414
Facsimile:
NPanagakis@forthepeople.com,    LGonzalez@forthepeople.com,    MWatts@forthepeople.com,
SSerrano@forthepeople.com