Case 6:21-cv-00035-WWB-DCI   Document 1-1   Filed 01/05/21   Page 1 of 31 PageID 6

## FORM 1.997.    CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>EIGHTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>SEMINOLE</u>   COUNTY, FLORIDA

<u>Chandler Parsons</u>
Plaintiff

Case # ___2020CA002826___
Judge _____

vs.

<u>AIG PROPERTY CASUALTY COMPANY</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

*** E-FILED:  GRANT MALOY, CLERK OF CIRCUIT COURT SEMINOLE COUNTY, FL 11/20/2020 10:05:51 AM.****

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☒ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐ Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
　　　☐ Residential Evictions
　　　☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

　1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
　　　☐ yes
　　　☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
　　　☒ no
　　　☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
　　　☒ yes
　　　☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Nicholas P Panagakis          Fla. Bar # 116777
　　　　　Attorney or party                          (Bar # if attorney)

Nicholas P Panagakis                          11/20/2020
　(type or print name)                          Date

- 3 -

Case 6:21-cv-00035-WWB-DCI Document 1-1 Filed 01/05/21 Page 4 of 31 PageID 9

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR SEMINOLE
COUNTY, FLORIDA

CASE NO: 2020CA002826

CHANDLER PARSONS,

        Plaintiff,

vs.

AIG PROPERTY CASUALTY
COMPANY,

        Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, **CHANDLER PARSONS**, by and through his undersigned counsel and sues Defendant, **AIG PROPERTY CASUALTY COMPANY,** and alleges as follows:

1.    This is an action for damages that exceed One Hundred Thousand Dollars ($100,000.00), exclusive of costs, interest and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$100,000.00" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.    At all times material to this action, Plaintiff **CHANDLER PARSONS** was a natural person residing in Winter Springs, Seminole County, Florida.

3.      At all times material hereto, Defendant, **AIG PROPERTY CASUALTY COMPANY**, was incorporated under the laws of Pennsylvania, was authorized to transact business and actually doing business in Seminole County in the State of Florida, had agents in Seminole County, Florida, and at all times material hereto, provided underinsured motorist coverage to Plaintiff herein.

4.      On or about January 15, 2020, Plaintiff, **CHANDLER PARSONS**, was operating a motor vehicle traveling northbound on Druid Hills Road, in Atlanta, DeKalb County, Georgia.

5.      At that time and place, Wesley Olson was the underinsured negligent operator of a motor vehicle, traveling Druid Hills Road, in Atlanta, DeKalb County, Georgia.

6.      Defendant, **AIG PROPERTY CASUALTY COMPANY** issued and delivered to Plaintiff two policies of insurance numbered PCG0013913573 and PCG0018467860, which were in full force and effect on the date of the crash.

7.      Under the terms of the insurance policies, Defendant, **AIG PROPERTY CASUALTY COMPANY**, provided uninsured motorist coverage for Plaintiff in the amount of $500,000.00 combined single limit per accident, with an umbrella of underinsured motorist coverage in the amount of $10,000,000.00.

8.      At all times material to this action, Wesley Olson was an underinsured motorist in that he carried liability insurance coverage with limits less than Plaintiff's total damages as a result of the crash.

9.      Plaintiff **CHANDLER PARSONS** has furnished Defendant, **AIG PROPERTY CASUALTY COMPANY**, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, **AIG PROPERTY**

**CASUALTY COMPANY**, has refused to pay Plaintiff, **CHANDLER PARSONS** for the full value of his claim.

10.    As a direct and proximate result of Wesley Olson's negligence, Plaintiff **CHANDLER PARSONS** suffered bodily  injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  All of these harms and losses are either permanent or continuing and Plaintiff has already suffered from same in the past and will continue to suffer from these harms and losses into the future.

**WHEREFORE**, Plaintiff, **CHANDLER PARSONS**, demands judgment for damages against Defendant, **AIG PROPERTY CASUALTY COMPANY**, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 20th day of November, 2020.

> */s/ Nicholas P. Panagakis*
> Nicholas P. Panagakis, Esquire
> FBN: 0116777
> Lawrence Gonzalez II, Esquire
> FBN: 0107175
> Morgan & Morgan, P.A.
> 20 N. Orange Ave., 16th Floor
> P.O. Box 4979
> Orlando, FL 32802-4979
> Telephone:    (407) 420-1414
> Facsimile:    (407) 245-3393
> Primary email: NPanagakis@forthepeople.com
> Primary email: LGonzalez@forthepeople.com
> Secondary email: MWatts@forthepeople.com
> Secondary email: SSerrano@forthepeople.com
> Attorneys for Plaintiff

# IN THE CIRCUIT COURT OF THE
## EIGHTEENTH JUDICIAL CIRCUIT IN AND
## FOR SEMINOLE COUNTY, FLORIDA

**CASE NO:**  **2020CA002826**

**CHANDLER PARSONS,**

       **Plaintiff,**

**vs.**

**AIG PROPERTY CASUALTY
COMPANY,**

       **Defendant.**

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production, Request for Admissions and Notice of Compliance with Rule 2.516 and Designation of E-mail Addresses in the above-styled cause upon the Defendant:

**AIG PROPERTY CASUALTY COMPANY**
**c/o Chief Financial Officer, Registered Agent**
**200 E. Gaines Street**
**Tallahassee, FL 32399**

     Each Defendant is hereby required to serve written defenses to said Complaint or Petition on NICHOLAS P. PANAGAKIS, ESQUIRE**, Morgan & Morgan, P.A.,** 20 North Orange Avenue, Suite 1600, P.O. Box 4979, Orlando, Florida 32802-4979, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **SEMINOLE COUNTY COURTHOUSE, 301 NORTH PARK AVENUE, SANFORD, FL 32771, (407) 665-4227**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the ___20th___ day of ___November___ ___2020___ .

GRANT MALOY
Clerk of the Circuit Court **& Comptroller**

/s Deborah Conant            592020CA002826000000XX
11/20/2020 12:42:30 PM
By _____00ca134a-1cb0-492c-ae13-4f697d010525_____
As Deputy Clerk

2

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un

3

avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**MORGAN & MORGAN, P.A.**
**POST OFFICE BOX 4979**
**20 NORTH ORANGE AVENUE, SUITE 1600**
**ORLANDO, FLORIDA 32802-4979**

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO:   2020CA002826

CHANDLER PARSONS,

           Plaintiff,

vs.

AIG PROPERTY CASUALTY COMPANY,

           Defendant.

_____ /

### PLAINTIFF'S REQUEST FOR PRODUCTION

Pursuant to the provisions of Rule 1.350, Florida Rules of Civil Procedure, the undersigned counsel requests that Defendant, **AIG PROPERTY CASUALTY COMPANY**, produce and permit the inspection, copying, testing, sampling, measuring, surveying, photographing or otherwise examining the following:

1.      Any and all statements made by any occupants of the vehicles involved in the subject incident.

2.      Any and all statements made by any witnesses to the subject crash.

3.      Any and all statements made by the Plaintiff pertaining to or concerning the subject matter.

4.      Any and all color photographs of the vehicles involved in the subject crash.

5.      Any and all color photographs of the Plaintiff depicting injuries received in the subject crash.

6.      Any and all color photographs of the subject incident scene.

7.      The repair bill and estimates for the repairs to any of the vehicles involved in the crash for damages incurred in the crash.

8.      Any and all policies of liability insurance in effect on the date of the subject crash, providing coverage to the defendant herein.

9.      All internal procedural memos, regarding the handling of uninsured Motorist claims, which were in effect during the last twelve (12) months.

10.     Defendant **AIG PROPERTY CASUALTY COMPANY** latest claims manual on processing Uninsured Motorist claims.

11.     Defendant **AIG PROPERTY CASUALTY COMPANY** most recent claims manual on processing and handling auto insurance claims in general.

12.     A copy of Defendant **AIG PROPERTY CASUALTY COMPANY**'s standards for the proper investigation of claims, in effect at any time during the last twelve (12) months.

13.     Copies of any and all leaflets, brochures, memoranda, correspondence, warnings, or policies, disseminated by Defendant or any of Defendant's agents, employees, or representatives, and in effect during the last twelve (12) months, which set forth procedures, comments, suggestions, guidelines or criteria for handling, adjusting, investigating, or settling Uninsured Motorist claims.

14.     Correspondence or Complaint forms which Defendant or anyone adjusting claims on Defendant's behalf received during the last twelve (12) months from any field operation office of The Florida Department of Insurance concerning the handling of Uninsured Motorist claims.

15.     Copies of Defendant's standards for the proper handling, investigation and recording of all complaints received from insured or from The Florida Department of Insurance which were in effect at any time during the last twelve (12) months.

16.     Copies of any and all leaflets, brochures, memoranda, correspondence, warnings or policies, disseminated by Defendant or any of Defendant's agents, employees, or representatives, and in effect during the last twelve (12) months, which set forth procedures, comments, suggestions, guidelines or criteria for handling, investigating, resolving or settling complaints from insured or The Florida Department of Insurance regarding the handling of claims.

17.     The entire personnel file of Defendant's adjuster.

18.     Any and all information bulletins Defendant received from The Florida Department of Insurance between December 20, 1999 and the present concerning the handling of uninsured Motorist claims.

19.     Any and all surveillance reports, claims history reports or other investigative reports claims Defendant or anyone acting on Defendant's behalf prepared with regard to Plaintiff.

20.     Appraisals of all property damage sustained by underinsured driver, Wesley Olson vehicle in the subject crash.

21.     Appraisals of the property damage sustained by Plaintiff's vehicle in the subject crash.

22.     A copy of any and all surveillance films, photos, or depictions taken of the Plaintiff as a result of the subject crash and after the subject crash, to include all billing, invoices, reports, journals, logs, notes, and/or documentation of any kind relative to the subject crash.

23.     A copy of any and all insurance agreements, insurance policies or agreements of any kind or nature under which any person or company carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement, including but not limited to a certified copy of the declarations sheet as to each such policy.

24.     Copies of any and all computer generated documents in the possession of the Defendant or any agent, servant and/or employee of the Defendant, which pertains or relate, in any manner or fashion, to and any past claims history of the Plaintiff in this lawsuit.

25.     Copies of any and all checks issued by the Defendant or any agent, servant and/or employee of the Defendant to any other person, firm or company making a claim arising out of the same crash or incident which is the basis of this lawsuit.

26.     All payout records for benefits paid to or on behalf of Plaintiff under the personal injury protection and medical payment coverage of the policy.

27.     A copy of the driver's license of the underinsured driver, Wesley Olson, involved in the subject crash that existed on the date of the crash as well as the current driver's license.

28.     Copies of any and all cellular telephone bills, statements, records, etc. by the underinsured driver, Wesley Olson, and/or the account holder on the date of the subject collision set forth in the subject Complaint.

29.     Copies of any and all cellular telephone bills, statements, records, etc., for all other cellular telephones being used and/or hand held for any reason by the underinsured driver, Wesley Olson, on the date of the subject collision described in Plaintiff's Complaint.

30.     Color copy(ies) if any dash camera or traffic light video footage on the date and time of the subject crash.

It is requested that the above document be furnished or produced on or before forty-five (45)

days from the date of service hereof, to NICHOLAS P. PANAGAKIS, ESQ. at the offices of

Morgan & Morgan, P.A., P.O. Box 4979, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801 (32802-4979).

In support of this Request To Produce, it is shown that the documents and/or materials being here requested are believed to be in the possession, custody or control of the party to whom this request is directed. The information sought by this request is relevant to the subject matter of this action and cannot otherwise be obtained without undue hardship. In the event that all or part of the documents, and/or materials herein requested are not in the possession or control of the above-named Defendant addressee, then the undersigned counsel further request the identity and location all persons having such possession and control. This request is made in good faith and for the purposes herein expressed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon said Defendant, along with the Summons and Complaint.

/s/ *Nicholas P. Panagakis*
Nicholas P. Panagakis, Esquire
FBN: 0116777
Lawrence Gonzalez II, Esquire
FBN: 0107175
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 245-3393
Primary email: NPanagakis@forthepeople.com
Primary email: LGonzalez@forthepeople.com
Secondary email: MWatts@forthepeople.com
Secondary email: SSerrano@forthepeople.com
Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR SEMINOLE
COUNTY, FLORIDA

CASE NO:     2020CA002826

CHANDLER PARSONS,

          Plaintiff,

vs.

AIG PROPERTY CASUALTY
COMPANY,

          Defendant.

_____/

## REQUEST FOR ADMISSIONS TO DEFENDANT

TO:   **AIG PROPERTY CASUALTY COMPANY**

PURSUANT to Rule 1.370, Florida Rules of Civil Procedure, Plaintiff, **CHANDLER PARSONS**, request Defendant, **AIG PROPERTY CASUALTY COMPANY**, to admit in writing the truth of the matters set forth below on or by the forty-fifth (45th) day after service of this Request for Admissions.

1.   At all times material to the Complaint, Defendant **AIG PROPERTY CASUALTY COMPANY** was and is a corporation licensed to do business in Seminole County, State of Florida, and engaged in the business of automobile insurance.

2.   Defendant **AIG PROPERTY CASUALTY COMPANY** maintains agents in Seminole County, Florida, to transact its customary business in Seminole County, Florida.

3.   Defendant **AIG PROPERTY CASUALTY COMPANY** insured Plaintiff under an automobile insurance policy which provides Underinsured Motorist Protection benefits in the amount of $500,000.00 (CSL) with an umbrella in the amount of $10,000,000.00 for the motor vehicle accident which is the subject of Plaintiff's Complaint.

1

4.  The above-described automobile policy which Defendant **AIG PROPERTY CASUALTY COMPANY** issued was in full force and effect for the subject accident and provides coverage for Underinsured Motorist Protection benefits for the personal injuries Plaintiff **CHANDLER PARSONS** sustained in the subject accident.

5.  The above-styled Court, in and for Seminole County, Florida, has jurisdiction over Plaintiff's claim against Defendant **AIG PROPERTY CASUALTY COMPANY**.

6.  Defendant **AIG PROPERTY CASUALTY COMPANY** failed to pay Plaintiff **CHANDLER PARSONS**'s Uninsured/Underinsured Motorist Protection claim without "reasonable proof to establish" that Defendant was not responsible for the payment.

7.  Plaintiff's policy with Defendant **AIG PROPERTY CASUALTY COMPANY** is required to conform to all requirements of Sections 627.727, Florida Statutes.

8.  Plaintiff's policy with Defendant **AIG PROPERTY CASUALTY COMPANY**, even if it does not by its own terms comply with the requirements set forth in Sections 627.727 Florida Statutes, is deemed to provide insurance for the payment of the required benefits and should be interpreted to meet the other requirements set forth in the Florida Statutes.

9.  A multiplier of the Lode Star for attorneys' fees would be appropriate if Plaintiff has a contingent fee contract with the undersigned law firm.

10. Two Hundred Fifty Dollars ($250.00) per hour is a reasonable hourly rate for the undersigned law firm to charge based on the charges customarily charged in this community for the same or similar services.

11. Please admit that the Plaintiff **CHANDLER PARSONS** was not negligent in any way which contributed to the motor vehicle accident which is the subject of Plaintiff's complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above-named Defendant **AIG PROPERTY CASUALTY COMPANY,** along with the summons and complaint.

*/s/ Nicholas P. Panagakis*
Nicholas P. Panagakis, Esquire
FBN: 0116777
Lawrence Gonzalez II, Esquire
FBN: 0107175
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:     (407) 245-3393
Primary email: NPanagakis@forthepeople.com
Primary email: LGonzalez@forthepeople.com
Secondary email: MWatts@forthepeople.com
Secondary email: SSerrano@forthepeople.com
Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY,
FLORIDA

CASE NO:      2020CA002826

CHANDLER PARSONS,

       Plaintiff,

vs.

AIG PROPERTY CASUALTY
COMPANY,

       Defendant.

_____ /

## NOTICE OF SERVICE OF INTERROGATORIES

TO:   **AIG PROPERTY CASUALTY COMPANY**

     COMES NOW the Plaintiff, **CHANDLER PARSONS**, by and through his undersigned counsel and hereby propounds upon Defendant, **AIG PROPERTY CASUALTY COMPANY**, and pursuant to Rule 1.340, Florida Rules of Civil Procedure, the attached interrogatories, answers to which will be due within forty-five (45) days from the date of service hereof.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above-named Defendant, **AIG PROPERTY CASUALTY COMPANY** along with the summons and complaint.

                        */s/ Nicholas P. Panagakis*
                        Nicholas P. Panagakis, Esquire
                        FBN: 0116777
                        Lawrence Gonzalez II, Esquire
                        FBN: 0107175
                        Morgan & Morgan, P.A.
                        20 N. Orange Ave., 16th Floor
                        P.O. Box 4979
                        Orlando, FL 32802-4979
                        Telephone:    (407) 420-1414
                        Facsimile:    (407) 245-3393
                        Primary email: NPanagakis@forthepeople.com
                        Primary email: LGonzalez@forthepeople.com
                        Secondary email: MWatts@forthepeople.com
                        Secondary email: SSerrano@forthepeople.com
                        Attorneys for Plaintiff

**IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY,
FLORIDA**

**CASE NO:**

CHANDLER PARSONS,

                **Plaintiff,**

vs.

AIG PROPERTY CASUALTY
COMPANY,

                **Defendant.**

_____/

## INTERROGATORIES

Plaintiff, **CHANDLER PARSONS**, by and through the undersigned counsel, propounds the attached Interrogatories, numbered one (1) through sixteen (16) to Defendant, **AIG PROPERTY CASUALTY COMPANY**, to be answered, under oath, within forty-five (45) days from date of service.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the above-named Defendant, **AIG PROPERTY CASUALTY COMPANY** along with the summons and complaint.

                */s/ Nicholas P. Panagakis*
                Nicholas P. Panagakis, Esquire
                FBN: 0116777
                Lawrence Gonzalez II, Esquire
                FBN: 0107175
                Morgan & Morgan, P.A.
                20 N. Orange Ave., 16th Floor
                P.O. Box 4979
                Orlando, FL 32802-4979
                Telephone:    (407) 420-1414
                Facsimile:    (407) 245-3393
                Primary email: NPanagakis@forthepeople.com
                Primary email: LGonzalez@forthepeople.com
                Secondary email: MWatts@forthepeople.com
                Secondary email: SSerrano@forthepeople.com
                Attorneys for Plaintiff

## **INTERROGATORIES TO DEFENDANT**

(Definitions: "You(r)" as used in these Interrogatories means your corporation, company or partnership, or anyone who handles, adjusts or investigates claims on its behalf.)

1.     What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.     State your complete corporate name, nature of your business, whether you are licensed to do business in the State of Florida, whether you maintain agents for the transacting of your customary business Seminole County, and whether your name as it appears in Plaintiff's Complaint is correct.

3.     List the names, addresses and telephone numbers of all persons believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised in this lawsuit; and specify the subject matter about which the witnesses have knowledge.  State whether you have obtained any statements (oral, written or recorded) from any of these witnesses, list the dates any such witness statements were taken, by whom any such witness statements were taken and who has present possession, custody and control of any such statements.

4.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

5.  State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and        address of the person who took or prepared it, and the date it was taken or prepared.

6.  State whether any insurance agreement or agreements exist under which any person or company carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement.  If so,

   a.   What is the name of each company who has issued any such policy;
   b.   The limits of liability for injury to any one person under the terms of each such policies;
   c.   The limits of liability for injury to more than one person under the terms of each policies;
   d.   Whether any such insurer has notified  you that it claims the policy provisions have been violated or that the policy is otherwise inapplicable to  the circumstances of this case, and if so, the date of such notification and the reason given by such insurer for such a claim;
   e.   the name and address of the person now having custody of a copy of each of such insurance policies.

7.    Please state the period of time for which the Plaintiff has been insured by any contract of insurance issued by your company.

8.    Please state the yearly premiums paid for each contract of insurance purchased by the Plaintiff during the entire time that each contract was or is in force.

9.    Please state each type of insurance contract(s) ever purchased by the Plaintiff from your company.

10.   List the names, residence addresses, business addresses and telephone numbers of all persons who, on your behalf or on behalf of your agents or representatives, have in any way participated in the investigation, adjusting or handling of the claim for benefits involved herein and specify the date and the nature of the participation of each person.

11.    For any and all policy defenses which you reasonably believe are available with regard to Plaintiff's claim in this action, describe in detail the factual and legal basis for any such defenses and give complete names, residence addresses, business addresses and telephone numbers of each and every person believed or known by you, your agents or attorneys, to have knowledge of the facts which would provide the basis for any such defenses.

12.    Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

13.    State the facts upon which you rely for each affirmative defense in your answer.

14.    List the names, addresses and official positions of each and every person in your employ or in the employ of anyone on your behalf who has had any involvement in the review of the denial or withholding of Plaintiff's uninsured motorist claim and state in what capacity they were involved, the date they were involved and the nature of their involvement.

15.    Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

16.    Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

STATE OF _____

COUNTY OF _____

_____ being duly sworn, states that the

matters and things contained in the foregoing interrogatory answers are true to the best of my knowledge,

information and belief.

_____
Signature of agent and or representative on behalf
of Defendant **AIG PROPERTY CASUALTY
COMPANY**

_____
Printed Name

_____
Title

SWORN TO AND SUBSCRIBED before me this _____ day of _____, _____.

_____
Notary Public (signature)

_____
Notary Public (type, print stamp commission)

My Commission Expires: _____

❑   Personally Known OR
❑   Produced Identification
❑   Type of Identification Produced: _____

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY,
FLORIDA

CASE NO:    2020CA002826

CHANDLER PARSONS,

        Plaintiff,

vs.

AIG PROPERTY CASUALTY
COMPANY,

        Defendants.

_____ /

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH RULE 2.516 AND DESIGNATION OF E-MAIL ADDRESSES

Plaintiff, **CHANDLER PARSONS**, by and through the undersigned attorney, files this Notice of Compliance with Rule 2.516(b)(1) and Designation of E-Mail Addresses (effective September 1, 2012) and designates the following email addresses:

| | |
|---|---|
| **Primary E-Mail Address:** | NPanagakis@forthepeople.com |
| | LGonzalez@forthepeople.com |
| **Secondary Email Addresses:** | MWatts@forthepeople.com |
| | SSerrano@forthepeople.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 20, 2020**, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal.

                                      */s/ Nicholas P. Panagakis*_____
                                      Nicholas P. Panagakis, Esquire
                                      FBN: 0116777
                                      Lawrence Gonzalez II, Esquire
                                        FBN: 0107175
                                        Morgan & Morgan, P.A.
                                        20 N. Orange Ave., 16th Floor
                                        P.O. Box 4979
                                        Orlando, FL 32802-4979
                                        Telephone:    (407) 420-1414
                                        Facsimile:    (407) 245-3393
                                        Primary email: NPanagakis@forthepeople.com
                                        Primary email: LGonzalez@forthepeople.com
                                        Secondary email: MWatts@forthepeople.com
                                        Secondary email: SSerrano@forthepeople.com
                                        Attorneys for Plaintiff

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Seminole** | **Circuit Court** |

Case Number: 2020CA002826

Plaintiff:
**CHANDLER PARSONS,**

vs.

Defendant:
**AIG PROPERTY CASUALTY COMPANY,**

For:
Nicholas P. Panagakis, Esquire
MORGAN & MORGAN, P.A.*
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801



LDK2020206918

Received by KNOPF INVESTIGATIONS, INC on the 23rd day of November, 2020 at 12:39 pm to be served on **AIG PROPERTY CASUALTY COMPANY c/o Chief Financial Officer, Registered Agent, 200 E. Gaines Street, Tallahassee, FL 32399.**

I, Christopher Kady, being duly sworn, depose and say that on the **24th day of November, 2020** at **11:30 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS, FORM 1.997, CIVIL COVER SHEET, COMPLAINT, REQUEST FOR ADMISSIONS TO DEFENDANT, PLAINTIFF'S REQUEST FOR PRODUCTION, NOTICE OF SERVICE OF INTERROGATORIES, INTERROGATORIES, INTERROGATORIES TO DEFENDANT, and PLAINTIFF'S NOTICE OF COMPLIANCE WITH RULE 2.516 AND DESIGNATION OF E-MAIL ADDRESSES** with the date and hour of service endorsed thereon by me, to: CARSON FINAN as ADMINISTRATIVE SECRETARY authorized to accept service, of the within named corporation, at the address of: **200 E. GAINES ST., TALLAHASSEE, FL 32399** on behalf of **AIG PROPERTY CASUALTY COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 160, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.                    "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

CAITLIN D CHELETTE
MY COMMISSION # GG 967738
EXPIRES: March 10, 2024
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA, COUNTY OF LEON

Sworn to (or affirmed) and Subscribed before me by means of [ ] physical presence or [ ] online notarization on the 24th day of November, 2020 by the affiant who is personally known to me.

_Caitlin Chelette_
PRINTED NAME

NOTARY PUBLIC

**Christopher Kady**
Process Server 237

**KNOPF INVESTIGATIONS, INC**
P.O. BOX 560856
ROCKLEDGE, FL 32956-0856
(321) 373-1245

Our Job Serial Number: LDK-2020206918
Ref: 9938380

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

Filing # 117018336 E-Filed 11/20/2020 10:05:53 AM

## IN THE CIRCUIT COURT OF THE
## EIGHTEENTH JUDICIAL CIRCUIT IN AND
## FOR SEMINOLE COUNTY, FLORIDA

**CASE NO:**    2020CA002826

*CU137*
*NOV 24 2020*
*11.30 Am*

**CHANDLER PARSONS,**

       **Plaintiff,**

**vs.**

**AIG PROPERTY CASUALTY COMPANY,**

       **Defendant.**

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

       YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production, Request for Admissions and Notice of Compliance with Rule 2.516 and Designation of E-mail Addresses in the above-styled cause upon the Defendant:

**AIG PROPERTY CASUALTY COMPANY**
**c/o Chief Financial Officer, Registered Agent**
**200 E. Gaines Street**
**Tallahassee, FL 32399**

       Each Defendant is hereby required to serve written defenses to said Complaint or Petition on NICHOLAS P. PANAGAKIS, ESQUIRE**, Morgan & Morgan, P.A.,** 20 North Orange Avenue, Suite 1600, P.O. Box 4979, Orlando, Florida 32802-4979, Telephone: (407) 420-1414, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, **SEMINOLE COUNTY COURTHOUSE, 301 NORTH PARK AVENUE, SANFORD, FL 32771, (407) 665-4227**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the ___20th___ day of ___November___, 2020.

GRANT MALOY
Clerk of the Circuit Court & Comptroller
/s Deborah Conant      592020CA0028260000XX
11/20/2020 12:48:30 PM
By _____  00ca134a-1cb0-492c-ae13-4f697d010525
As Deputy Clerk

2

95613-7

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR
SEMINOLE COUNTY, FLORIDA

CHANDLER PARSONS,                                   CIRCUIT CIVIL DIVISION

     Plaintiff,                                   CASE NO. 2020CA002826

vs.

AIG PROPERTY CASUALTY
COMPANY,

     Defendant.
_____/

### AIG'S MOTION FOR 10 DAY EXTENSION OF TIME

     Defendant, AIG Property Casualty Company ("AIG"), by and through its attorneys, Wicker, Smith, O'Hara, McCoy & Ford, P.A., moves this Court pursuant to Rule 1.090(b), for a ten (10) day extension of time to answer or otherwise plead. In support thereof, AIG states as follows:

     1.    AIG was served with the summons and complaint on December 7, 2020.

     2.    By rule, AIG had until December 28, 2020, to file its responsive pleading. See Fla.R.Civ.P. 1.140(a)(1); Fla.R.Jud.Admin. 2.514(a)(1).

     3.    Due to professional obligations and personal commitments surrounding the holiday season, the undersigned counsel requires additional time within which to prepare and file the appropriate responsive pleading.

     4.    This Court has the authority to enlarge the time required to complete any act, including the filing of a responsive pleading. See Fla.R.Civ.P. 1.090(b).

     5.    Accordingly, AIG is requesting ten (10) additional days within which to file and serve its responsive pleading, up to an including January 7, 2021.

CASE NO. 2020CA002826

6.      This Motion is not being brought for the purpose of harassment or delay and it is not believed that any party will be prejudiced by the relief requested in this Motion.

WHERFORE, Defendant, AIG Property Casualty Company respectfully requests that this Court enter an order: (i) granting this motion; (ii) extending the time within which AIG is to answer or otherwise plead by ten (10) days, up to and including January 7, 2021; or (iii) for whatever other relief this Court deems just and proper.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Nicholas Panagakis, NPanagakis@forthepeople.com, LGonzalez@forthepeople.com, MWatts@forthepeople.com, SSerrano@forthepeople.com on this 28th day of December 2020.

/s/ Patrick K. Dahl
Robert E. Paradela, Esquire
Florida Bar No. 842095
Patrick K. Dahl, Esquire
Florida Bar No. 084109
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for AIG Property Casualty Company
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com

- 2 -