**IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR SEMINOLE
COUNTY, FLORIDA**

**CASE NO:**

**CHANDLER PARSONS,**

        **Plaintiff,**

**vs.**

**AIG PROPERTY CASUALTY
COMPANY,**

        **Defendant.**

_____ **/**

## **COMPLAINT**

COMES NOW the Plaintiff, **CHANDLER PARSONS**, by and through his undersigned counsel and sues Defendant, **AIG PROPERTY CASUALTY COMPANY,** and alleges as follows:

1.     This is an action for damages that exceed One Hundred Thousand Dollars ($100,000.00), exclusive of costs, interest and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$100,000.00" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.     At all times material to this action, Plaintiff **CHANDLER PARSONS** was a natural person residing in Winter Springs, Seminole County, Florida.

3.      At all times material hereto, Defendant, **AIG PROPERTY CASUALTY COMPANY**, was incorporated under the laws of Pennsylvania, was authorized to transact business and actually doing business in Seminole County in the State of Florida, had agents in Seminole County, Florida, and at all times material hereto, provided underinsured motorist coverage to Plaintiff herein.

4.      On or about January 15, 2020, Plaintiff, **CHANDLER PARSONS**, was operating a motor vehicle traveling northbound on Druid Hills Road, in Atlanta, DeKalb County, Georgia.

5.      At that time and place, Wesley Olson was the underinsured negligent operator of a motor vehicle, traveling Druid Hills Road, in Atlanta, DeKalb County, Georgia.

6.      Defendant, **AIG PROPERTY CASUALTY COMPANY** issued and delivered to Plaintiff two policies of insurance numbered PCG0013913573 and PCG0018467860, which were in full force and effect on the date of the crash.

7.      Under the terms of the insurance policies, Defendant, **AIG PROPERTY CASUALTY COMPANY**, provided uninsured motorist coverage for Plaintiff in the amount of $500,000.00 combined single limit per accident, with an umbrella of underinsured motorist coverage in the amount of $10,000,000.00.

8.      At all times material to this action, Wesley Olson was an underinsured motorist in that he carried liability insurance coverage with limits less than Plaintiff's total damages as a result of the crash.

9.      Plaintiff **CHANDLER PARSONS** has furnished Defendant, **AIG PROPERTY CASUALTY COMPANY**, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, **AIG PROPERTY**

**CASUALTY COMPANY**, has refused to pay Plaintiff, **CHANDLER PARSONS** for the full value of his claim.

10.     As a direct and proximate result of Wesley Olson's negligence, Plaintiff **CHANDLER PARSONS** suffered bodily  injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  All of these harms and losses are either permanent or continuing and Plaintiff has already suffered from same in the past and will continue to suffer from these harms and losses into the future.

**WHEREFORE**, Plaintiff, **CHANDLER PARSONS**, demands judgment for damages against Defendant, **AIG PROPERTY CASUALTY COMPANY**, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 20th day of November, 2020.

*/s/ Nicholas P. Panagakis*_____
Nicholas P. Panagakis, Esquire
FBN: 0116777
Lawrence Gonzalez II, Esquire
FBN: 0107175
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:     (407) 245-3393
Primary email: NPanagakis@forthepeople.com
Primary email: LGonzalez@forthepeople.com
Secondary email: MWatts@forthepeople.com
Secondary email: SSerrano@forthepeople.com
Attorneys for Plaintiff