
**ILLINOIS DEPARTMENT OF INSURANCE**

| | |
|---|---|
| Legal Name: | AIG Property Casualty Company |
| Company Type: | P&C Domestic Stock |
| Domicile: | City of Chicago, Cook County, Illinois |
| Parent Company: | American International Group, Inc. |
| Status: | Active |
| FEIN: | 25-1118791 |
| NAIC Code: | 12 19402 |
| Incorporated Date: | 5/7/1871 |

**Addresses**

| Corporate Home | Administrative Mailing |
|---|---|
| 500 West Madison Street<br>Suite 3000<br>Chicago, IL    60661 | 175 Water Street<br>18th Floor<br>New York,   NY    10038 |

**Phone Numbers**

| Business | Business |
|---|---|
| (212) 770-7000 | (800) 433-8880 |

<-- Back to Search Results