

*20-000390985*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

CHANDLER PARSONS,

PLAINTIFF(S)

VS.

AIG PROPERTY CASUALTY COMPANY,

DEFENDANT(S)
_____/

SUMMONS, CIVIL COVER SHEET, COMPLAINT, DISCOVERY

CASE #:     2020CA002826
COURT:     CIRCUIT COURT
COUNTY:   SEMINOLE
DFS-SOP #: 20-000390985

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Tuesday, November 24, 2020 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, December 7, 2020 to the designated agent for the named entity as shown below.

AIG PROPERTY CASUALTY COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

NICHOLAS PANAGAKIS, ESQUIRE
20 N. ORANGE AVE., 16TH FLOOR
P.O. BOX 4979
ORLANDO, FL 32802-4979

CF2