

Log in    Register

## Case Details - Summary

| | |
|---:|:---|
| **Case Number:** | 2020CA002826 |
| **View Status:** | PUBLIC |
| **Case Style:** | CHANDLER PARSONS -VS- AIG PROPERTY CASUALTY CO |
| **Case Type:** | 08 - AUTO NEGLIGENCE |
| **Case Status:** | OPEN |
| **Divison:** | CIRCUIT CIVIL |
| **UCN:** | 592020CA002826000XX |
| **Judge:** | DONNA L. MCINTOSH |
| **Jury Trial:** | YES |
| **File Date:** | 11/20/2020 |

## Case Parties

## Dockets

Legend:  ● Viewable   ● Reviewed and Viewable   ● Viewable on Request   ● Confidential

**Docket Code:** [    ]    Filter    Clear Filter

| DATE | NUMBER | DOCKET CODE | DESCRIPTION | PAGES | PDF |
|---|---|---|---|---|---|
| 12/28/2020 | 9 | MOTN | MOTION FOR ENLARGEMENT/EXTENSION OF TIME BY DEFT | 2 | ● |
| 11/30/2020 | 8 | SUMI | SUMMONS RETURNED SERVED AIG PROPERTY CASUALTY CO 11/24/20 | 3 | ● |
| 11/20/2020 | 7 | DCRT | DESIGNATION OF ELECTRONIC MAIL ADDRESS BY PLTF | 1 | ● |
| 11/20/2020 | 6 | NOTC | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT | 8 | ● |

| 11/20/2020 | 5 | RQST | REQUEST FOR ADMISSIONS TO DEFT | 3 | ✓ |
| 11/20/2020 | 4 | RQST | REQUEST FOR PRODUCTION TO DEFT | 4 | ✓ |
| 11/20/2020 | 3 | SUMI | SUMMONS ISSUED - AIG PROPERTY CASUALTY CO | 4 | ✓ |
| 11/20/2020 | 2 | CMPL | COMPLAINT FILED | 3 | ✓ |
| 11/20/2020 | 1 | CCST | CIVIL COVER SHEET | 3 | ✓ |

## Hearings