95613-7

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA

CHANDLER PARSONS,              CIRCUIT CIVIL DIVISION

    Plaintiff,                  CASE NO. 2020CA002826

vs.

AIG PROPERTY CASUALTY COMPANY,

    Defendant.
_____/

## AIG'S MOTION FOR 10 DAY EXTENSION OF TIME

Defendant, AIG Property Casualty Company ("AIG"), by and through its attorneys, Wicker, Smith, O'Hara, McCoy & Ford, P.A., moves this Court pursuant to Rule 1.090(b), for a ten (10) day extension of time to answer or otherwise plead. In support thereof, AIG states as follows:

1. AIG was served with the summons and complaint on December 7, 2020.

2. By rule, AIG had until December 28, 2020, to file its responsive pleading. See Fla.R.Civ.P. 1.140(a)(1); Fla.R.Jud.Admin. 2.514(a)(1).

3. Due to professional obligations and personal commitments surrounding the holiday season, the undersigned counsel requires additional time within which to prepare and file the appropriate responsive pleading.

4. This Court has the authority to enlarge the time required to complete any act, including the filing of a responsive pleading. See Fla.R.Civ.P. 1.090(b).

5. Accordingly, AIG is requesting ten (10) additional days within which to file and serve its responsive pleading, up to an including January 7, 2021.

CASE NO. 2020CA002826

6.    This Motion is not being brought for the purpose of harassment or delay and it is not believed that any party will be prejudiced by the relief requested in this Motion.

WHERFORE, Defendant, AIG Property Casualty Company respectfully requests that this Court enter an order: (i) granting this motion; (ii) extending the time within which AIG is to answer or otherwise plead by ten (10) days, up to and including January 7, 2021; or (iii) for whatever other relief this Court deems just and proper.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Nicholas Panagakis, NPanagakis@forthepeople.com, LGonzalez@forthepeople.com, MWatts@forthepeople.com, SSerrano@forthepeople.com on this 28th day of December 2020.

/s/ Patrick K. Dahl
Robert E. Paradela, Esquire
Florida Bar No. 842095
Patrick K. Dahl, Esquire
Florida Bar No. 084109
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for AIG Property Casualty Company
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com